## Commonwealth *v.* Hilberry, Appellant.

Argued September 29, 1971. Before JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*Donald E. Williams,* Public Defender, for appellant.

*James A. Caldwell,* Assistant District Attorney, with him *Joseph A. Bullano,* Assistant District Attorney, and *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.

The former Mr. Chief Justice BELL and Mr. Justice ROBERTS took no part in the consideration or decision of this case.

The former Mr. Justice BARBIERI took no part in the decision of this case.